**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**SUSAN A. PILARSKI,**

    **Plaintiff,**

v.                                                                                          CASE NO:  8: 07-cv-2277-T-30MAP

**WOMENS CARE CENTER OF PASCO, P.A.,**

    **Defendant.**
_____/

**O R D E R**

    The Court has been advised by Plaintiff's counsel pursuant to [Dkt. 10] Notice of Settlement filed in the above-styled action that the case has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

    **ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on April 17, 2008.

                                                            JAMES S. MOODY, JR.
                                                         UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record